## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Amerco Real Estate Company,      :
                Appellant      :
                              :
           v.      :      No. 913 C.D. 2022
                              :
Center Township Board      :
of Supervisors      :

**PER CURIAM**                     **O R D E R**

NOW, November 6, 2023, having considered Appellant's application for reargument, the application is DENIED.